# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

EURY ARNOLDO PEREZ SECAIDA

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 3:07CR42

USM Number: 21127-058
Steven Slawinski
Defendant's Attorney

**THE DEFENDANT:**

- [X] pleaded guilty to count(s) 2
- [ ] Pleaded guilty to violation(s)
- [ ] Pleaded not guilty to count(s)
- [ ] Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 8:1325(a) | Enter US by False Representation | 2/23/07 | 2 |

- [ ] Counts(s) (is)(are) dismissed on the motion of the United States.
- [ ] Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- [ ] Found not guilty as to:

**IMPOSITION OF SENTENCE:**

1. TIME SERVED + $25.00 Assessment followed by DEPORTATION.

- [ ] The Court has considered the information presented by the defendant concerning the defendant's financial resources, assets, financial obligations, projected earnings, other income, age, education, health, dependents, and work history, and finds that the following is feasible: **That the defendant is financially able to pay $_____ Per month.**

Throughout the period of supervision the Probation Office shall consider the defendant's economic circumstances as it pertains to the defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Defendant's Soc. Sec. No.:

Defendant's Mailing Address:

Date of Imposition of Sentence: 7/13/07

*Carl Horn, III*

Carl Horn, III
U.S. Magistrate Judge

Date Signed: July 13, 2007

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal