IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07-cr-00042-W

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | |
| EURY ARNOLDO PEREZ SECAIDA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on the Government's Motion to Dismiss (Doc. No. 11) Count One in this Bill of Indictment. Leave of Court is hereby GRANTED for the dismissal with prejudice of Count One in the Bill of Indictment. The Clerk is DIRECTED to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

IT IS SO ORDERED.

Signed: July 17, 2007

Frank D. Whitney
United States District Judge